**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dominic Alan GRASSETH,
Defendant—Appellant.**

No. 02–30151.
D.C. No. CR–01–00161–AJB.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 14, 2003.*

Decided March 5, 2003.

Before BRUNETTI, T.G. NELSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM**

Dominic Alan Grasseth appeals his convictions for mail theft. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We reject Appellant's arguments regarding the motion to suppress as that issue has been resolved on another appeal,[1] and its resolution is the law of the case.[2]

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* FED. R.APP. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *United States v. Phillips,* No. 01–30396, 46 Fed.Appx. 894, 2002 WL 31119846 (9th Cir. Sept. 25, 2002).

2. *See United States v. Amlani,* 111 F.3d 705, 719 (9th Cir.1997).

